UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BIDWELL, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN DIEGO, et al., <br><br>　　　　　　　　　　Defendants. | Case No.: 16-CV-2575 TWR (MSB) <br><br>**ORDER GRANTING DEFENDANTS' JOINT MOTION REQUESTING LEAVE OF COURT TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br>(ECF No. 191) |

Presently before the Court is Defendants' Joint Motion Requesting Leave of Court to File Notice of Supplemental Authority ("Defs.' Joint Mot.," ECF No. 191), which seeks "to bring to this Court's attention a new Southern District opinion issued by Judge Cynthia Bashant in *Cervantes v. Zimmerman*, Case No[s]. 17-cv-01230-BAS-AHG and 18-cv-01062, 2020 WL 5759752 (S.D. Cal. September 28, 2020)." (Defs.' Joint Mot. at 1.) Defendants acknowledge that the *Cervantes* order was cited in the Wilson Plaintiffs' final reply brief, (*see* Defs.' Joint Mot. at 2); accordingly, further "notice" is not required. Nonetheless, the Court **GRANTS** Defendants' Joint Motion. Defendants therefore **MAY**

///

///

///

**FILE** a single, three-page notice of supplemental authority addressing the applicability of the *Cerevantes* order to their pending motions for summary judgment.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_____
Honorable Todd W. Robinson
United States District Court